**2003–0993. Filkins v. Ishee.**

In Habeas Corpus. On petition for writ of habeas corpus of Allen W. Filkins. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–1104. Baumgartner v. Emahiser.**

In Habeas Corpus. On petition for writ of habeas corpus of Elsebeth Baumgartner. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2003–0978. State v. Hill.**

Franklin App. No. 01AP–987, 2002-Ohio-3065. On motion for leave to file delayed appeal. Motion denied.

**2003–0994. State v. Rupert.**

Lake App. No. 2001–L–151, 2002-Ohio-6911. On motion for leave to file delayed appeal. Motion granted.

RESNICK, F.E. SWEENEY and O'DONNELL, JJ., dissent.

**2003–1001. State v. Scurlock.**

Clark App. No. 2002CA34, 2003-Ohio-1052. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2003–1002. State v. Smith.**

Stark App. No. 2002CA306, 2003-Ohio-2033. On motion for stay of the trial court's entire community sanction and restitution order pending appeal. Motion denied.

**2003–1012. State v. Feldhouse.**

Trumbull App. No. 2002–T–0040, 2003-Ohio-2112. On motion for stay of court of appeals' judgment. Motion denied.

**2003–1016. State v. White.**

Butler App. No. CA2002–12–294. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2003–1023. State v. Brahler.**

Cuyahoga App. No. 79710, 2002-Ohio-2252. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2003–1033. In re Beasley.**

Scioto App. No. 03CA2874, 2003-Ohio-2857. On motion for stay of court of appeals' judgment. Motion denied.

MOYER, C.J., RESNICK and O'CONNOR, JJ., dissent.

**2003–1038. State v. Davis–Bey.**

Cuyahoga App. No. 79524, 2002-Ohio-3437. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2003–1047. State v. Nelson.**

Ashtabula App. No. 2001–A–0076, 2002-Ohio-6701. On motion for stay of court of appeals' judgment. Motion denied.

**2003–1056. State v. Griggs.**

Trumbull App. No. 2001–T–0064, 2003-Ohio-2365. On motion for stay of court of appeals' judgment. Motion denied.

RESNICK and O'CONNOR, JJ., dissent.